United States. *William Maynard,* Attorney General of New Hampshire, and *Joseph A. Millimet,* Special Assistant to the Attorney General, for the State of New Hampshire, as *amicus curiae,* in opposition to the appeal.

No. 789. UNITED STATES *v.* NATIONAL STEEL CORP. ET AL. Appeal from D. C. S. D. Tex. Probable jurisdiction noted. *Solicitor General Marshall, Assistant Attorney General Turner, Irwin A. Seibel* and *Jerry Z. Pruzansky* for the United States. *Denman Moody* and *C. Brien Dillon* for National Steel Corp. et al., and *B. J. Bradshaw* for Brown et al., appellees.

No. 652. TRANSPORTATION-COMMUNICATION EMPLOYEES UNION *v.* UNION PACIFIC RAILROAD Co. C. A. 10th Cir. Motion for leave to file supplemental petition for writ of certiorari granted. Petition for writ of certiorari is also granted. *Milton Kramer* and *Lester P. Schoene* for petitioner. *James A. Wilcox* for respondent. *Clarence M. Mulholland, Edward J. Hickey, Jr.,* and *Richard R. Lyman* for Railway Labor Executives' Association, as *amicus curiae,* in support of the petition.

No. 869. HEIDER, ADMINISTRATOR *v.* MICHIGAN SUGAR Co. Sup. Ct. Mich. Certiorari granted. *Gregory M. Pillon* and *Bernard S. Kahn* for petitioner. *Carl H. Smith, Sr.,* for respondent.

No. 876. NATIONAL LABOR RELATIONS BOARD *v.* ACME INDUSTRIAL Co. C. A. 7th Cir. Certiorari granted. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *E. Allan Kovar* for respondent.